```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    SCOTT M. GELSOMINO

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,        )  No. CR-S-06-297 EJG
11                                   )
                 Plaintiff,          )
12                                   )  STIPULATION AND ORDER
         v.                          )
13                                   )
    SCOTT M. GELSOMINO, and          )  Date: October 27, 2006
14  ZACKARY J. MEDINAS               )  Time: 10:00 A.M.
                                     )
15                                   )  Judge: Hon. Edward J. Garcia
                 Defendants.         )
16  _____  )
```

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, E. ROBERT WRIGHT, Assistant United States Attorney, attorney for Plaintiff, NED SMOCK, Assistant Federal Defender, attorney for Scott M. Gelsomino, and MICHAEL BIGELOW, attorney for defendant Zackary J. Medinas, that a new date of October 27, 2006 be set for status.  The defense has received an initial batch of discovery and recently received a second batch of discovery related to a search warrant performed in this case.  The defense needs additional time to review the discovery and perform necessary investigation.

It is stipulated and agreed between the parties that the period

beginning September 29, 2006 to October 27, 2006 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: September 26, 2006

                                          Respectfully submitted,

                                          DANIEL BRODERICK
                                          Federal Defender

                                          /s/ Ned Smock
                                          NED SMOCK
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          SCOTT GELSOMINO

                                          /s/ Michael Bigelow
                                          MICHAEL BIGELOW
                                          Attorney for Defendant
                                          ZACKARY J. MEDINAS

                                          MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/E. Robert Wright
                                          E. ROBERT WRIGHT
                                          Assistant U.S. Attorney

                                       **********

**ORDER**

**IT IS SO ORDERED.**

DATED:__Sept. 27, 2006_____

                                          /s/ Edward J. Garcia
                                          HONORABLE EDWARD J. GARCIA
                                          District Court Judge