DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SCOTT M. GELSOMINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-297 EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| SCOTT M. GELSOMINO, and ) | Date: December 1, 2006 |
| ZACKARY J. MEDINAS ) | Time: 10:00 A.M. |
| ) | |
| ) | Judge: Hon. Edward J. Garcia |
| Defendants. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, E. ROBERT WRIGHT, Assistant United States Attorney, attorney for Plaintiff, NED SMOCK, Assistant Federal Defender, attorney for Scott M. Gelsomino, and MICHAEL BIGELOW, attorney for defendant Zackary J. Medinas, that the October 27, 2006 status conference be vacated and a new date be set for status conference on December 1, 2006.  The defense is reviewing discovery and performing necessary investigation and legal research on a number of issues.

It is stipulated and agreed between the parties that the period beginning October 27, 2006 to December 1, 2006 should be excluded in

computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: October 26, 2006

                                      Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ Ned Smock
                                      NED SMOCK
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      SCOTT GELSOMINO

                                      /s/ Michael Bigelow
                                      MICHAEL BIGELOW
                                      Attorney for Defendant
                                      ZACKARY J. MEDINAS

                                      MCGREGOR W. SCOTT
                                      United States Attorney

                                      /s/E. Robert Wright
                                      E. ROBERT WRIGHT
                                      Assistant U.S. Attorney

                                  **********

**ORDER**

**IT IS SO ORDERED.**

DATED:__October 26, 2006_____

                                      /s/ Edward J. Garcia
_____
                                      HONORABLE EDWARD J. GARCIA
                                      District Court Judge