1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  NED SMOCK, Bar #236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   SCOTT GELSOMINO

FILED

FEB 1 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

C/EJG

| UNITED STATES OF AMERICA, | ) No. CR-S-06-0297 EJG |
|---|---|
| Plaintiff, | ) |
| | ) NOTICE OF HEARING *and* |
| v. | ) *Order* |
| SCOTT GELSOMINO, | ) Date: April 13, 2007 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Edward J. Garcia |

The current judgment and sentencing date of February 23, 2007 is vacated and a new judgment and sentencing date of April 13, 20007 is set. The presentence schedule shall remain the same.

///
///
///
///
///
///
///
///
///

All parties including the courtroom clerk have been notified and are in agreement with this continuance.

Dated: February 13, 2007          Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Ned Smock

_____
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
SCOTT GELSOMINO

IT IS SO ORDERED

*[signature]*

2/13/07