1 | DANIEL BRODERICK, Bar #89424
Federal Defender
2 | NED SMOCK, Bar #236238
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
SCOTT GELSOMINO

**FILED**

FEB 1 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-0297 EJG |
| | ) | |
| Plaintiff, | ) | **AMENDED** |
| | ) | NOTICE OF HEARING |
| v. | ) | |
| | ) | |
| SCOTT GELSOMINO, | ) | Date:   April 13, 2007 |
| | ) | Time:   10:00 a.m. |
| Defendant. | ) | Judge:  Hon. Edward J. Garcia |
| | ) | |
| _____ | ) | |

The presentence schedule for this case shall be as follows:

Written objections due:       March 23, 2007
PSR to be filed w/Court:      March 30, 2007
Motion for correction due:    April 6, 2007

The Judgment and Sentencing date of April 13, 2007 shall remain the same.

///

///

///

///

///

///

///

1   All parties including the courtroom clerk have been notified and

2   are in agreement with this continuance.

3

4

5   Dated: February 13, 2007                Respectfully submitted,

6
                                            DANIEL BRODERICK
7                                           Federal Defender

8                                           /s/ Ned Smock

9                                           _____
                                            NED SMOCK
                                            Assistant Federal Defender
10                                          Attorney for Defendant
                                            SCOTT GELSOMINO
11

12       IT IS SO ORDERED.

13

14  Dated:  February 15, 2007

                                            EDWARD J. GARCIA
15                                          United States District Court

16

17

18

19

20

21

22

23

24

25

26

27

28