Received at: 3:35PM, 4/9/2007
Case 2:06-cr-00297-EJG   Document 31   Filed 04/11/07   Page 1 of 1
04/09/2007 15:41 FAX 9164985710          FEDERAL DEFENDERS OFFICE                    ☒002

## OFFICE OF THE FEDERAL DEFENDER
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM

DATE: April 9, 2007

TO: Chambers of the Honorable Edward J. Garcia

FROM: Ned Smock, AFD

SUBJECT: New Date for Judgment and Sentencing
U.S. v. Scott Gelsomino, 06-297 EJG

**FILED**
APR 10 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

---

The parties ask that a new date for judgment and sentencing be set for June 15, 2007. Mr. Gelsomino's current judgment and sentencing date is April 13, 2007. The charges against the co-defendant in this matter are still pending. That case is next on for status on April 27, 2007. In light of the Section 5K agreement to cooperate in Mr. Gelsomino's plea agreement, the parties need to postpone sentencing in his case. The new schedule would be as follows:

Motion for Correction Due:     June 8, 2007
Judgment and Sentencing:        June 15, 2007

***

IT IS SO ORDERED

Dated: April 10, 2007

_____
Edward J. Garcia
United States District Judge

cc: Robert Wright, AUSA