```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SCOTT GELSOMINO
```



FILED

JUN 1 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> SCOTT GELSOMINO, <br> Defendant. | NO. CR-S-06-297 EJG <br><br> MOTION FOR ORDER DIRECTING THE FILING OF SENTENCING MEMORANDUM UNDER SEAL AND [~~PROPOSED~~] ORDER |

Defendant, SCOTT GELSOMINO, by his attorney, Ned Smock, Assistant Federal Defender, hereby moves for an order permitting counsel to file a sentencing memorandum under seal.

The sentencing memorandum contains private material concerning the § 5K1.1 letter filed by the government. The government has indicated that it has no objection to filing the sentencing memorandum under seal.

Dated: June 12, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Ned Smock

NED SMOCK
Assistant Federal Defender
Attorney for Defendant
SCOTT GELSOMINO

## O R D E R

Permission to file the requested document under seal is hereby granted.

IT IS SO ORDERED.

Dated: June 13, 2007

_____
EDWARD J. GARCIA
United States District Judge